*In re* **GRAMMAR**, Susan Freedman (MR 20521)
East Alton, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and

Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed, and respondent Susan Freedman Grammar is censured.